IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FORREST, | : | Civil No. 3:20-CV-0408 |
| Petitioner, | : | |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of July, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. A certificate of appealability is **DENIED**.

3. Petitioner's motions to compel discovery, Docs. 61 and 71, are **DENIED as moot**.

4. Petitioner's motions to amend his petition, Docs. 64 and 67, are **DENIED as moot**.

5. Petitioner's motion for immediate discharge, Doc. 72, is **DENIED as mott**.

6. The Clerk of Court is directed to **CLOSE** this case.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania